UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| FRANCES HURT, <br><br> PLAINTIFF, <br><br> v. <br><br> SANOFI US SERVICES INC. et al, <br><br> DEFENDANTS. | CASE NO. 6:23-CV-00199-CHB-EBA |

**MOTION FOR *PRO HAC VICE* ADMISSION OF MATTHEW E. DEPAZ
ON BEHALF OF SANOFI US SERVICES INC. AND SANOFI-AVENTIS U.S. LLC**

Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC, and the law firm of Stites & Harbison, PLLC move the Court pursuant to LR 83.2 to enter the attached order admitting Matthew E. DePaz, Shook, Hardy & Bacon L.L.P., 2555 Grand Blvd., Kansas City, Missouri 64108, to participate in this litigation as co-counsel for Defendants.

1. Mr. DePaz is a member of good standing in the Bar of Missouri. He is also admitted to practice, currently in active status, and in good standing as an attorney in the United States District Courts for the Western District of Missouri and the Central District of Illinois.

2. Mr. DePaz has never been disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar, or other admitting or licensing authority.

3. For purposes of this action, Mr. DePaz consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. Mr. DePaz has not completed any specific, formal training for the Case Management/Electronic Case Files (CM/ECF) system, but he has extensive experience using the

889896:1:LEXINGTON

federal CM/ECF system. Mr. DePaz has also reviewed the Kentucky ECF User Manual for the United States District Court, Eastern and Western Districts of Kentucky.

Respectfully submitted,

*/s/ Emily L. Startsman*
Emily L. Startsman
STITES & HARBISON PLLC
250 West Main Street
Suite 2300
Lexington, KY  40507-1758
Telephone:  (859) 226-2300
Email:  estartsman@stites.com

*Counsel for Defendants Sanofi US Services Inc. and sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on this 21st day of November, 2023, and served upon the parties or record through the operation of the Court's electronic filing system.

*/s/ Emily L. Startsman*
*Counsel for Defendant*

889896:1:LEXINGTON