UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| FRANCES HURT, | |
|     PLAINTIFF, | |
| v. | CASE NO. 6:23-CV-00199-CHB-EBA |
| SANOFI US SERVICES INC. et al, | |
|     DEFENDANTS. | |

**ORDER GRANTING *PRO HAC VICE* ADMISSION OF MATTHEW E. DEPAZ**

Upon motion of Defendant sanofi-aventis U.S. LLC and the firm of Stites & Harbison, PLLC, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion to admit Matthew E. DePaz *pro hac vice* is GRANTED.