UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL ACTION NO. 6:23-CV-00199-CHB-EBA

FRANCES HURT,                                                                                                 PLAINTIFF,

V.                                                 **ORDER**

SANOFI US SERVICES, INC., *et al*.,                                       DEFENDANTS.

*** *** *** ***

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and upon consideration of the parties' joint Rule 26(f) Report, [R. 18], the Court adopts the following schedule for the disposition of this case:

1. The Plaintiff shall have until **January 16, 2024**, to file any motion requesting leave to amend the Complaint in this matter. Defendants shall thereafter file any Response to Plaintiff's motion no later than **February 6, 2024**. Plaintiff may file any Reply in support of her motion no later than **February 20, 2024**.

2. Fact discovery shall be completed by **November 8, 2024**. This deadline means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

3. Per FED. R. CIV. P. 26(a)(2), no later than **December 6, 2024**, the Plaintiff shall disclose the identity of expert witnesses who may be used at trial, accompanied by written reports signed by the FED. R. CIV. P. 26(a)(2)(B) expert witness and/or written summaries consistent with FED. R. CIV. P. 26(a)(2)(C), as applicable, all in compliance with the rule. These disclosures need not be filed in the Court record.

4. The depositions of Plaintiff's expert witnesses shall be completed no later than **January 3, 2025**.

5. Per FED. R. CIV. P. 26(a)(2), no later than **January 24, 2025**, the Defendants shall disclose the identity of expert witnesses who may be used at trial, accompanied by written reports signed by the FED. R. CIV. P. 26(a)(2)(B) expert witness and/or written summaries consistent with FED. R. CIV. P. 26(a)(2)(C), as applicable, all in compliance with the rule. These disclosures need not be filed in the Court record.

6. The depositions of Defendants' expert witnesses shall be completed no later than **February 24, 2025**.

7. All expert discovery shall be completed by **March 24, 2025**. This deadline means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

8. A status report is due no later than **March 24, 2025 (close of discovery)**. The report should indicate the progress of the case and the status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of resolution (i.e. mediation, arbitration, settlement conference with the Court, summary jury trial, etc.)

9. The parties shall file any dispositive motions no later than **April 24, 2025**, with response and reply time as per Local Rule 7.1(c).

10. If a discovery dispute arises, the parties are directed to comply with the stated protocol in the Standing Case Management and Referral Order. [R. 12].

11. This action is assigned for a telephonic mid-discovery conference on **August 6, 2024, at 1:00 P.M**. The teleconference shall be ON THE RECORD, originating from FRANKFORT. Counsel shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID: 797 718 441 (followed by #).

12. Requests to modify any dates or deadlines established by this order shall be submitted

upon motion filed prior to expiration of the deadline in question, and upon showing of good cause beyond the control of counsel in the exercise of due diligence. *See* L.R. 7.1(b).

Signed December 21, 2023.

Signed By:
*Edward B. Atkins*    *EBA*
United States Magistrate Judge